ORIGINAL

**FILED**

03/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0748

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0748

STATE OF MONTANA,

      Plaintiff and Appellant,

v.

JOHATHAN PARTAIN,

      Defendant and Appellee.

**FILED**

MAR 2 2 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## GRANT OF EXTENSION

Upon consideration of Appellant's motion for a 7-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including March 31, 2024, within which to prepare, file, and serve the State's opening brief.

TKP